People ex rel. DeFreitas v Suffolk County Sheriff (2023 NY Slip Op 05218)

People ex rel. DeFreitas v Suffolk County Sheriff

2023 NY Slip Op 05218

Decided on October 16, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 16, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
LARA J. GENOVESI
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2023-08299

[*1]The People of the State of New York, ex rel. Russell DeFreitas, petitioner,
v
Suffolk County Sheriff, etc., respondent.

Russell DeFreitas, Riverhead, NY, petitioner pro se.
Raymond A. Tierney, District Attorney, Riverhead, NY (Sarah Skahill of counsel), for respondent.

Writ of habeas corpus in the nature of an application to release Russell DeFreitas pursuant to CPL 30.30(2)(a), or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 71385/2023, and application for poor person relief.
ORDERED that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and the application is otherwise denied as academic; and it is further,
ADJUDGED that the writ is dismissed, without costs or disbursements.
The petitioner failed to demonstrate entitlement to relief pursuant to CPL 30.30(2)(a).
The determination of the Supreme Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Kruger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
CONNOLLY, J.P., GENOVESI, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court